```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRE CANADA INC., SHIRE INTERNATIONAL LICENSING B.V., and SHIRE US INC.,<br><br>                Plaintiffs,<br><br>    - against -<br><br>BARR LABORATORIES, INC.,<br><br>                Defendant. | **ORDER**<br><br>09 Civ. 02380 (PGG) (KNF) |
| SHIRE CANADA INC., SHIRE INTERNATIONAL LICENSING B.V., and SHIRE US INC.,<br><br>                Plaintiffs,<br><br>    - against -<br><br>MYLAN INC., MYLAN PHARMACEUTICALS, INC. and MATRIX LABORATORIES LIMITED,<br><br>                Defendants. | 09 Civ. 02555 (PGG) (KNF) |
| SHIRE CANADA INC., SHIRE INTERNATIONAL LICENSING B.V., and SHIRE US INC.,<br><br>                Plaintiffs,<br><br>    - against -<br><br>NATCO PHARMA LIMITED,<br><br>                Defendant. | 09 Civ. 03165 (PGG) (KNF) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the above-captioned actions are consolidated for discovery and pre-trial motions pursuant to Fed. R. Civ. P. 42(a).

Dated: New York, New York
       May 13, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2