GORDEPHE, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRE CANADA INC., SHIRE INTERNATIONAL LICENSING B.V., AND SHIRE US INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATCO PHARMA LIMITED, <br><br> Defendant. | 09 Civ. 3165 (PGG) (KNF) <br><br> **STIPULATED DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE** <br><br> ECF Case |

Pursuant to Federal Rule of Civil Procedure 41, the parties to the above-captioned action, Defendant Natco Pharma Limited and Plaintiffs Shire Canada Inc., Shire International Licensing B.V., and Shire US Inc., hereby stipulate to the dismissal without prejudice of Defendant's Third Counterclaim (Declaration of Noninfringement and/or Invalidity of U.S. Patent No. 7,465,465) in the above-captioned action. This stipulated dismissal does not affect other claims Defendant has brought against Plaintiffs and Plaintiffs have brought against Defendant.

RESPECTFULLY SUBMITTED,

COVINGTON & BURLING LLP

By: _____
Jeffrey B. Elikan
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-662-6000
Fax: 202-662-6291
jelikan@cov.com

*Counsel for Plaintiffs/Counterclaim Defendants Shire Canada Inc., Shire International Licensing B.V., and Shire US Inc.*

LEYDIG, VOIT & MAYER, LTD.

By: _____
Robert F. Green
180 North Stetson, Suite 4900
Chicago, IL 60601-6731
Tel: 312-616-5600
Fax: 312-616-5700
rgreen@leydig.com

*Counsel for Defendant/Counterclaim Plaintiff Natco Pharma Limited*

SO ORDERED:

_____  Dec. 14, 2010
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/10